# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| DIGVIJAYSINH PRUTHVISINH DABHI, *et al.*, | : |
| Plaintiffs, | : |
| v. | : CASE NO.: 7:25-CV-21 (WLS) |
| UR JADDOU, Director of United States Citizenship and Immigration Services, | : |
| Defendant. | : |

## ORDER

Before the Court is a Notice of Voluntary Dismissal (Doc. 3), filed by Plaintiffs on April 25, 2025. Therein, Plaintiffs notify the Court of the voluntary dismissal without prejudice of the above-captioned case, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

For the purpose of completing the record, the Court hereby acknowledges and **CONFIRMS** Plaintiffs' Notice of Voluntary Dismissal (Doc. 3). Therefore, the above-captioned action is **DISMISSED**, **WITHOUT PREJUDICE**. Accordingly, the Clerk of Court is **DIRECTED** to close this case.

**SO ORDERED**, this 29th day of April 2025.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**