IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| DIGVIJAYSINH PRUTHVISINH DABHI, et al., | * |
| | * |
| Plaintiffs, | Case No. 7:25-cv-21 (WLS) |
| v. | * |
| UR JADDOU, | * |
| Defendant. | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated April 29, 2025, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 29th day of April, 2025.

David W. Bunt, Clerk

s/ Amy N. Stapleton, Deputy Clerk